MYRTLE GODCHAUX, Respondent, v. JOHN DEMAR-BAIX, Appellant. (Civil No. 154.)

APPEAL from the District Court of the Second Judicial District in and for the County of Maricopa.

H. B. Lighthizer and John T. Alsap, for Appellant.

H. N. Alexander, for Respondent.

SHIELDS, C. J.—This case is similar in its facts with the case of *Asher* v. *Cox, ante,* 17, 11 Pac. Rep. 44, just decided, and is governed by the decision in that case. The writ of

assistance was improvidently issued, and must be set aside, and the order allowing it will be reversed.

Barnes and Porter, JJ., concurred.

(Opinion filed May 24, 1886.)